**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 14-62248-CIV-DIMITROULEAS

COTTAGE INTERNATIONAL,
DEVELOPMENT GROUP, LLC,

Plaintiff,

vs.

BUENA VISTA CORPORATION,
WILLIAM J. SCHWARTZ,
and SHAM MAJARAJ a/k/a
SHAMANAND MAHARAJ,

Defendants.
_______________________________________/

**FINAL JUDGMENT AND ORDER CLOSING CASE**

THIS CAUSE is before the Court upon the Court's Order Granting Plaintiff's Motion for Summary Judgment, entered separately today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff Cottage International Development Group, LLC and against Defendants William J. Schwartz, and Sham Majaraj a/k/a Shamandand Maharaj, jointly and severally.[1]

2. Plaintiff shall recover from Defendants the sum of $1,338,911.40 (consisting of $1,300,000 in principal and $38,911.40 in interest, which reflects interest at the rate of 4.75% from September 12, 2014 until April 30, 2015), plus per diem interest of $169.18 from and including May 1, 2015 until the date of judgment, for all of which sums let execution issue.

[1] The Court previously entered a Default Judgment against Defendant Buena Vista Corporation. (DE 21.)

3. The judgment shall bear post-judgment interest at the rate as prescribed by 28 U.S.C. § 1961.

4. The Court reserves jurisdiction to tax costs and/or attorney's fees upon the filing of an appropriate motion.

5. Any remaining pending motions are hereby **DENIED AS MOOT**.

6. The Clerk is hereby directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 26th day of May 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of record

Sham Maharaj, pro se
P.O. Box 691845
Orlando, FL 32869

William J. Schwartz, pro se
1089 Arrowtree Blvd
Clermont, FL 34715