UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-62248-CIV-DIMITROULEAS

COTTAGE INTERNATIONAL
DEVELOPMENT GROUP, LLC

Plaintiff,

v.

BUENA VISTA CORPORATION; WILLIAM J.
SCHWARTZ and SHAM MAHARAJ a/k/a
SHAMANAND MAHARAJ

Defendants.

_______________________________________/

**ORDER GRANTING JOINT MOTION FOR COURT APPROVAL OF PARTIAL SETTLEMENT AGREEMENTS**

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Approval of Partial Settlements [DE 59], filed herein on October 9, 2015. The Court has reviewed the Joint Motion [DE 59], and is otherwise duly advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Approval of Partial Settlements [DE 59] is **GRANTED**;
2. The parties' partial settlement agreements are hereby **APPROVED,** with the Court reserving jurisdiction to enforce the terms thereof.
3. This case shall remain **CLOSED.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 13th day of October, 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record