UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62248-CIV-DIMITROULEAS/Snow

COTTAGE INTERNATIONAL DEVELOPMENT GROUP, LLC,

Plaintiff,

v.

BUENA VISTA CORPORATION; WILLIAM J. SCHWARTZ and SHAM MAHARAJ a/k/a Shamanand Maharaj,

Defendants.
_______________________________________/

**ORDER CANCELLING OCTOBER 20, 2015 HEARING**

THIS CAUSE is before the Court *sua sponte*. On October 13, 2015, the Court entered an order granting the parties' joint motion for court approval of partial settlement agreements. (ECF No. 60). Because the parties' partial settlement agreements moot the issues which were scheduled to be heard before the undersigned on October 20, 2015 at 1:30 p.m, the hearing on that date is hereby CANCELLED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of October, 2015.

Lurana S. Snow

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties