U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF<br>Cottage International Development Group, LLC | COURT CASE NUMBER<br>14-62248-CIV-DIMITROULEAS/SNOW |
| DEFENDANT<br>Buena Vista Corp., William J. Schwartz and Sham Maharaj a/k/a Shamanand Maharaj | TYPE OF PROCESS<br>Execution/Levy |

FILED BY ___ D.C.
OCT 27 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Property of William J. Schwartz (including Vehicles as listed in attached affidavit, and other personal property at
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
10809 Arrowtree Blvd., Clermont, FL 34715-6795

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Marshall A. Adams, Esquire (MAA@lubellrosen.com)
200 South Andrews Ave, Suite 900
Fort Lauderdale, FL 33301
954-880-9500 / 954-755-2993(f)

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold Fold

Writ of Execution, Break Order attached, affidavit of Levying Creditor Attached. Marshal is to seize and take into custody the property of William J. Schwartz, at 10809 Arrowtree Blvd, Clermont, FL 34715, the property of William J. Schwartz, including, but not limited to, cash, jewelry firearms and other personal property AND specifically, the vehicles listed on the attached Affidavit of Levying Creditor, per Break Order and Writ of Execution.

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | | 954-520-1519<br>954-880-9500 | 8/31/15<br>8/31/15 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. A04 | No. | [signature] | 9/2/15 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date | Time | |
|---|---|---|
| 9/17/15 | 0700 | ☒ am ☐ pm |

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges *including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $1560.00 | $225.40 | | $1793.40 | $2500.00 | $0.00 |

REMARKS

1 #2923 - $2500 - See attached Seized Property & Evidence Control Form

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13