UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 14 62248 CIV

STYLE: Cottage Intl v. Buena Vista

DATE: 7-22-16

The Chambers of the Honorable William P. Dimitrouleas has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

_______ Docket this document as a motion for ______________________

_______ Docket this document as a response to the following motion: ______________________

_______ Docket this document as an answer ______________________

_______ Docket this document as ______________________

X Other: Undeliverable Mail

Signed: T. Balm

Name: Tammy Bal

Title: Judicial Secretary

United States District Court
SOUTHERN DISTRICT OF FLORIDA
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE
299 EAST BROWARD BOULEVARD, ROOM 205 F
FORT LAUDERDALE, FLORIDA 33301-1902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $ 300.00

MIAMI
FL 331
PM 3 L

Buena Vista Corporation
7903 Palm Parkway
Orlando, FL

NIXIE 339 SE 1 0007/18/16
RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
IA BC: 33301194499 *2206-08966-28-43
32869-01845

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62248-CIV-DIMITROULEAS

COTTAGE INTERNATIONAL,
DEVELOPMENT GROUP, LLC,

Plaintiff,

vs.

BUENA VISTA CORPORATION;
WILLIAM J. SCHWARTZ;
and SHAM MAJARAJ a/k/a
SHAMANAND MAHARAJ,

Defendants.

_______________________________________/

**DEFAULT JUDGMENT AS TO**
**DEFENDANT BUENA VISTA CORPORATION**

THIS CAUSE is before the Court upon Cottage International Development Group, LLC's Motion for Final Default Judgment Against Defendant Buena Vista Corporation [DE 19] (the "Motion"), filed herein on January 27, 2015. The Court has carefully considered the Motion [DE 19] and is otherwise fully advised in the premises. The Court granted that Motion by separate Order today. Pursuant to Federal Rule of Civil Procedure 58(a), the Court separately enters default judgment against Defendant Buena Vista Corporation.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion [DE 19] is hereby **GRANTED**;
2. Default Judgment is hereby entered in favor of Plaintiff Cottage International Development Group, LLC and against Defendant Buena Vista Corporation in the

amount of $1,300,000 in principal, together with pre-judgment interest in the amount of $23,177.66, for a total of $1,323,177.662, and taxable costs of $240.00.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of February 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Buena Vista Corporation
7903 Palm Parkway
Orlando, FL 32836

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62248-CIV-DIMITROULEAS

COTTAGE INTERNATIONAL, DEVELOPMENT GROUP, LLC,

Plaintiff,

vs.

BUENA VISTA CORPORATION; WILLIAM J. SCHWARTZ; and SHAM MAJARAJ a/k/a SHAMANAND MAHARAJ,

Defendants.

_______________________________________/

**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT BUENA VISTA CORPORATION**

THIS CAUSE is before the Court upon Cottage International Development Group, LLC's Motion for Final Default Judgment Against Defendant Buena Vista Corporation [DE 19] (the "Motion"), filed herein on January 27, 2015. The Court has carefully considered the Motion [DE 19] and is otherwise fully advised in the premises.

The record indicates that on December 3, 2014, Plaintiff obtained a Clerk's Entry of Default against the Defendant Buena Vista Corporation ("BVC"). *See* [DE 13]. On January 27, 2015, Plaintiff filed the instant Motion. [DE 19]. ]. On January 28, 2015, the Court issued an Order to Show Cause why the Court should not grant Plaintiff's motion for default judgment. [DE 20], requiring Defendant to show cause on or before February 6, 2015. The Court warned Defendant that a failure to timely respond would result in the immediate entry of a default judgment. Defendant did not respond.

1. The Motion [DE 19] is hereby **GRANTED**;

2. Pursuant to Federal Rule of Civil Procedure 58(a), the Court shall separately enter default judgment against Defendant Buena Vista Corporation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of February 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Buena Vista Corporation
7903 Palm Parkway
Orlando, FL 32836