UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 14 62248 CV

STYLE: Cottage Intl v. Buena Vista

DATE: 7/22/16

The Chambers of the Honorable William P. Dimitrouleas has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

______ Docket this document as a motion for ______

______ Docket this document as a response to the following motion: ______

______ Docket this document as an answer ______

______ Docket this document as ______

X Other: Undeliverable Mail

Signed: T. Barlow

Name: Tammy Barlow

Title: Judicial Secy

United States District Court
SOUTHERN DISTRICT OF FLORIDA
WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE
299 EAST BROWARD BOULEVARD, ROOM 205 F
FORT LAUDERDALE, FLORIDA 33301-1902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $ 300.00

UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.48⁰
0000817336 FEB 10 2016
MAILED FROM ZIP CODE 33301

Buena Vista Corporation
7903 Palm Parkway
Orlando, FL

NIXIE 339 SE 1 0007/18/16

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

IA BC: 33301194499 *2106-04332-11-46

32869@1845
3289662390

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62248-CIV-DIMITROULEAS

COTTAGE INTERNATIONAL,
DEVELOPMENT GROUP, LLC,

Plaintiff,

vs.

BUENA VISTA CORPORATION;
WILLIAM J. SCHWARTZ;
and SHAM MAJARAJ a/k/a
SHAMANAND MAHARAJ,

Defendants.

_______________________________________/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court upon Cottage International Decelopment Group, LLC's Motion for Final Default Judgment Against Defendant Buena Vista Corporation [DE 19] (the "Motion"), filed herein on January 27, 2015. The Court has carefully considered the Motion [DE 19] and is otherwise fully advised in the premises.

The record indicates that on December 3, 2014, Plaintiff obtained a Clerk's Entry of Default against the Defendant Buena Vista Corporation ("BVC"). *See* [DE 13]. On January 27, 2015, Plaintiff filed the instant Motion. [DE 19].

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant BVC shall show cause on or before February 6, 2015, why the Motion [DE 19] should not be granted. A failure to timely respond will result in the immediate entry of a default judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of January 2015.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Buena Vista Corporation
7903 Palm Parkway
Orlando, FL 32836